IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | * | |
| | * | |
| v. | * | |
| | * | |
| ELIZABETH G. WEESE | * | CIVIL NO. JFM-02-402 |
| | * | |
| and | * | |
| | * | |
| BRIAN D. WEESE | * | |

ORDER

For the reasons stated in the memorandum entered on April 18, 2002, it is, this 29th day of April 2002

ORDERED

1. The order entered by the Bankruptcy Court on January 16, 2002 granting the motion filed by Elizabeth G. Weese and Brian D. Weese to dismiss involuntary bankruptcy case for lack of subject matter jurisdiction is reversed;

2. This action is remanded to the Bankruptcy Court for further proceedings consistent with this court's April 18, 2002 opinion;

3. Pursuant to 18 U.S.C. §1292(b), I find that this order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation; and



4. If either party applies to the United States Court of Appeals for the Fourth Circuit for an appeal pursuant to §1292, further proceedings in this court (including the Bankruptcy Court) shall <u>not</u> be stayed.

_____
J. Frederick Motz
United States District Judge